UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUSTIN WILLIAM ZUBE,

    Defendant.

Case:1:20-cr-20491
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 10-07-2020 At 04:12 PM
INDI USA V. SEALED MATTER (DA)

## GOVERNMENT'S MOTION AND SUPPORTING BRIEF TO SEAL INDICTMENT AND ARREST WARRANT

The United States of America hereby moves for an order sealing the indictment and arrest warrant in this case and states:

1. The indictment in this case charges the defendant with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure provides:

   *(4) Sealed Indictment.* The magistrate judge to whom an indictment is returned may direct that the indictment be kept secret until the defendant is in custody or has been released pending trial. The clerk must then seal the indictment, and no person may disclose the indictment's existence except as necessary to issue or execute a warrant or summons.

Fed.R.Crim.P. 6(e)(4).

3. The government requests that the Indictment and arrest warrant be sealed because it is concerned that the defendant may attempt to flee or destroy

evidence if the Indictment and arrest warrant become a matter of public record before the defendant is arrested.

WHEREFORE, the government requests this Court to issue an order sealing the Indictment and arrest warrant.

Respectfully submitted,

MATTHEW SCHNEIDER
United States Attorney

ANCA I. POP (P70032)
Assistant United State Attorney
101 First Street, Ste. 200
Bay City, MI 48708
Telephone number: (989) 895-5712
email: anca.pop@usdoj.gov

Dated:   October 7, 2020

IT IS SO ORDERED

PATRICIA T. MORRIS
United States Magistrate Court

Entered:   107/2020