UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Justin William Zube,

    Defendant.

Criminal No. 20-cr-20491

Thomas L. Ludington
United States District Judge

Patricia T. Morris
United States Magistrate Judge

---

**GOVERNMENT'S MOTION, SUPPORTING BRIEF AND ORDER TO UNSEAL INDICTMENT AND ARREST WARRANT**

---

The United States of America hereby moves for an order unsealing the Indictment and Arrest Warrant in this case, and states:

1. The Indictment in this case charges the defendant with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, implicitly authorizes this Court to unseal indictments.

3. The government requests that the Indictment and Arrest Warrant be unsealed because the defendant has been arrested and is entitled to receive a copy of the Indictment.

WHEREFORE, the government requests this Court to issue an order unsealing the Indictment and Arrest Warrant.

Respectfully submitted,

MATTHEW SCHNEIDER
United States Attorney

s/ANCA I. POP
Assistant United States Attorney
101 First Street, Suite 200
Bay City, MI  48708
Anca.pop@usdoj.gov
(989) 8955712
P70032

Dated: October 20, 2020

**IT IS SO ORDERED.**

s/ Patricia T. Morris
PATRICIA T. MORRIS
United States Magistrate Judge

Entered: October 20, 2020