UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    Case No. 1:20-cr-20491

v.                                      Honorable Thomas L. Ludington
                                            United States District Judge

JUSTIN WILLIAM ZUBE,

        Defendant.

_____/

## ORDER AUTHORIZING DISCLOSURE OF GRAND JURY MATERIALS AND PROTECTIVE ORDER

Upon this Court's consideration of the Government's motion for disclosure of grand jury materials, ECF No. 42, and for the reasons stated by the Government:

**IT IS ORDERED** that the Government has shown a particularized need for disclosure of the grand jury materials identified in the motion to counsel for Defendant Justin William Zube, and such disclosure is hereby authorized under Federal Rule of Criminal Procedure 6(e)(3)(E)(i).

**FURTHER, IT IS ORDERED** that this disclosure is made subject to the following conditions:

1. Defense counsel may use the materials only as necessary in the representation of Defendant.

2. Counsel may make copies of or reveal the contents of the materials to defense counsel's legal assistants, defense investigators, defense experts, and other employees assisting in defense preparations in this case, provided that defense counsel instructs them that further disclosure is prohibited.

3. Defense counsel must retain custody of the materials provided at all times, and shall not

disclose or reveal the contents of those materials to any other persons, including in public filings, without further order of this Court. Counsel must return the materials to the Government upon conclusion of the case, or upon termination as counsel for Defendant.

Dated: December 9, 2021                              s/Thomas L. Ludington
                                                     THOMAS L. LUDINGTON
                                                     United States District Judge