```
 1                IN THE UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF MICHIGAN
 2
    UNITED STATES OF AMERICA              ) Bay City, Michigan
 3                                        ) April  28, 2021
        vs.                               ) 4:00 p.m.
 4                                        )
    JUSTIN WILLIAM ZUBE,                  )
 5                                        ) Case No. 20-20491
        Defendant.                        )
 6  _____ )

 7
                          TRANSCRIPT OF MOTION
 8            BEFORE THE HONORABLE THOMAS L. LUDINGTON
                   UNITED STATES DISTRICT JUDGE
 9
    APPEARANCES:
10
    For the Government:   ANCA I. POP
11                        United States Attorney
                          Eastern District of Michigan
12                        101 First Street
                          Suite 200
13                        Bay City, MI 48708

14  For the Defendant:    EBONY L. ELLIS
                          Law Offices of Alan Crawford, PLLC
15                        120 N. Michigan Avenue; Suite 303
                          Saginaw, MI 48602
16

17

18

19

20
    Court Reporter:       Carol M. Harrison, RMR, FCRR
21                        1000 Washington Avenue
                          Bay City, MI  48708
22

23

24        Proceedings reported by stenotype reporter.
      Transcript produced by Computer-Aided Transcription.
25
```

```
 1                     P R O C E E D I N G S
 2             (At 4:00 p.m., proceedings commenced.)
 3             (Defendant present.)
 4             THE CLERK:  United States of America versus Justin
 5   Zube, Case No. 20-20491.
 6             THE COURT:  Good afternoon, counsel.  If we could
 7   have your appearances, please.
 8             MS. POP:  Good afternoon, Your Honor.  Anca Pop on
 9   behalf of the United States.
10             THE COURT:  Ma'am.
11             MS. ELLIS:  Good afternoon, Your Honor.  Ebony Ellis
12   on behalf of Mr. Zube.  He is present appearing by Zoom from
13   the Midland County jail.
14             MS. ELLIS:  Good afternoon, Ms. Ellis.  And good
15   afternoon, Mr. Zube.
16             Your motion, Ms. Ellis.
17             MS. ELLIS:  Yes, Your Honor.  I did file a motion to
18   withdraw in this matter.  I would rely primarily on the
19   arguments contained in the motion.  However, I would like the
20   Court to know that Mr. Zube and I have had a pretty decent
21   attorney/client relationship up until this point.  There has
22   recently been a breakdown in the relationship because Mr. Zube
23   and I have a disagreement on the merits of a motion that he
24   would like me to file.
25             Mr. Zube has insisted that I file a motion contesting
```

```
 1  the Court's jurisdiction over him in this matter, and I've
 2  explained to him that I believe that it is my opinion that the
 3  Court's jurisdiction is proper.  I explained to him the basis
 4  of the Court's jurisdiction, and I explained to him that I
 5  would not be filing a motion again because I believe that it is
 6  frivolous.
 7            Mr. Zube disagrees with my position.  He has
 8  described himself as a quote unquote sovereign entity who is
 9  not subject to the Court's authority or prosecution by the
10  Government.  With that being said, Judge, we are clearly at an
11  impasse.  I don't believe that Mr. Zube believes that he can
12  make any decision about his case unless and until that issue is
13  raised to this Court and addressed by this Court, and that's
14  why we're here, Judge.
15            THE COURT:  Well, if we were to relieve you from
16  service to Mr. Zube, and we were to appoint new counsel, they'd
17  be just in the same position that you're in?
18            MS. ELLIS:  And I expressed this with Mr. Zube as
19  well.
20            THE COURT:  Well, Mr. Zube, what do you think?
21            THE DEFENDANT:  It's not the issue of being
22  represented.  It's the fact that I don't believe I'm the proper
23  being that is being charged on the charging documents, as it is
24  the all capitals ens legis that is on the birth certificate not
25  myself.
```

```
 1            THE COURT:  I'm sorry, sir.  I'm having difficulty
 2 understanding you.  Can you understand him, Ms. Harrison?
 3            THE COURT REPORTER:  No, I need him to repeat that,
 4 too.
 5            THE COURT:  Thank you.
 6            THE DEFENDANT:  It is not the issue of being
 7 represented.  It is the issue that I do not believe I'm the
 8 proper being being charged in these documents.
 9            THE COURT:  I guess I don't understand, sir.
10            THE DEFENDANT:  The case is against the all capital
11 letter name, Justin William Zube, all capital letters.  I do
12 not believe I am that being.  I believe that is a corporation
13 associated with the birth certificate.
14            THE COURT:  You believe it's a corporation?
15            THE DEFENDANT:  Yes.
16            THE COURT:  Why do you believe that?
17            THE DEFENDANT:  Because the Government uses the birth
18 certificate as an instrument of commerce.  It's associated with
19 social security number and birth certificate, and I do not use
20 that.  I do not go by that name.  That is not me.  That is the
21 ens legis or any sovrans (ph) a name that sounds similar.
22            THE COURT:  Well, who do you think the Government
23 erroneously identified?
24            THE DEFENDANT:  I believe that within this case the
25 Government wants me to be the surety for the ens legis as it
```

```
 1  does business with other corporations.  Justin William Zube in
 2  the all capital form is a corporation.
 3          THE COURT:  And who you are?
 4          THE DEFENDANT:  I'm not that full name.  I only go by
 5  Justin or son or brother or father.  I don't have a domicile.
 6  I'm not part of the corporate United States.  I do not believe
 7  I have any business with the courts.
 8          THE COURT:  Do you have any -- do you have a name?
 9          THE DEFENDANT:  Just Justin.
10          THE COURT:  I'm sorry?
11          THE DEFENDANT:  Just Justin.
12          THE COURT:  Jethro?
13          THE DEFENDANT:  Just Justin.
14          THE COURT:  And was this a name your mother gave you
15  or was it a name you gave yourself?
16          THE DEFENDANT:  It is a name my father -- or family
17  refers to me as.
18          THE COURT:  Where did they obtain it?
19          THE DEFENDANT:  They created it.  But the Government
20  took the full name and created a corporation.
21          THE COURT:  Okay.  Why do you believe the Government
22  has no ability to prosecute you?
23          THE DEFENDANT:  I believe they do if I stand in as a
24  surety, but I do not choose to do that.
25          THE COURT:  You wish to have Ms. Ellis advance a
```

```
 1  request for dismissal based on what grounds?
 2              THE DEFENDANT:  I'm not sure what that means, Your
 3  Honor.  Could you explain?  I'm just --
 4              THE COURT:  Why would you like the indictment
 5  dismissed?  Why do you think it should be?
 6              THE DEFENDANT:  Because it's not against me; it's
 7  against the corporation.
 8              THE COURT:  Well, I must suggest to you, after having
 9  heard your explanation, that I agree with your attorney that
10  she's not in a position to advance that argument given her
11  ethical obligation to the Court.  Do you understand that?
12              THE DEFENDANT:  Yes, I do.  But I'd also like the
13  Court to know, I'm not very well versed in verbally explaining
14  these things, but I believe what I've written is a better
15  explanation.
16              THE COURT:  Do you have the written explanation there
17  with you?
18              THE DEFENDANT:  Yes.  I just wasn't allowed to get it
19  to you because of our conflict.  The plan was to have it there
20  for you today?
21              THE COURT:  Is it very long?
22              THE DEFENDANT:  Roughly six pages for the two items.
23              THE COURT:  Okay.  Could you read a page of it to us,
24  please.
25              THE DEFENDANT:  Yes.  The first part is the affidavit
```

```
 1  I've written, and the second part is the conditional acceptance
 2  for value in the nature of discovery.  I don't know if you
 3  would prefer I start with either or.
 4              THE COURT:  What was the second one, sir?
 5              THE DEFENDANT:  The first one is the affidavit, it's
 6  a list of facts, and the second one is the motion -- I don't
 7  know if motion is the correct word, but is the challenge to
 8  jurisdiction itself.
 9              THE COURT:  Let's do the second.
10              THE DEFENDANT:  Okay.  Give me one second.
11              It is labeled the conditional acceptance for value,
12  proof of claim, private administrative remedy, People versus
13  Zube and Case No. 20-CR-20491.
14              It is labeled or listed to the prosecutor.  Dear
15  prosecutor, I'm in receipt of the indictment issued or
16  emanating from the Federal District Court, Eastern District,
17  Sixth of -- dated October 7th, 2020.  I will agree to perform
18  to the terms and penalties opposed upon your proofs of claim.
19              However, to exhaust my private administrative remedy,
20  I need to know what the assessment of the alleged charges are
21  and to seek proofs of claim in the nature of discovery from you
22  or your office in respect to the above case or charging
23  instrument, that the prosecution was lawful, proper and
24  constitutional so that I can determine that you and others
25  within your venue have not committed a constitutional
```

```
 1  impermissible application of the statute or law in this matter,
 2  as I want to resolve this matter as soon as possible as out of
 3  necessity that I can only do so conditioned upon your proofs of
 4  claim as set forth below, to wit, and then I have the claims
 5  beneath that.
 6          Keep going?
 7          THE COURT:  Please.
 8          THE DEFENDANT:  The first one:  The United States --
 9  to clarify, these are written as the prosecutor was saying them
10  to be true, and I'm asking for proof of these things.  The
11  United States and Michigan Constitution do operate upon the
12  undersigned, a natural, living, breathing, flesh and blood
13  sovereign private man.
14          No. 2, the undersigned as a natural private man is a
15  party to the state and federal constitution by all pled
16  contract -- I'm sorry -- pledge, contact or signature.
17          No. 3, the undersigned is a party to the contract or
18  agreement with the corporate United States of America and the
19  state of Michigan, both in all capital letters, including their
20  courts and subsidiary corporations.
21          No. 4, that the state, in all capital letters, and
22  federal, in all capital letters, statutes do operate upon the
23  undersigned.
24          No. 5, the undersigned is a resident of the corporate
25  United States of America, in all capital letters, and the state
```

of Michigan, in all capital letters, and the District of Columbia, in all capital letters.

No. 6, the state and federal courts, in all capital letters, can't force the undersigned to consent to and participate in any hearing against his will and rights.

No. 7, the prosecutor in the above-referenced case did not make the undersigned liable quasi ex-contract due for any benefit compelled or forced upon him.

No. 8, the name appearing on the charging instrument, in all capital letters, Justin William Zube, is not a corporate fiction ens legis, and is -- I'm sorry, slash ens legis and is actually the name of the private natural man in his private capacity.

No. 9, that the United States of America and state of Michigan, in all capital letters, by becoming corporations did not lay down their sovereignty and take on the character of a private citizen, and that they can exercise power which is not derived from the corporate charter.  Contrary to *Bank of US vs. Planters' Bank of Georgia,* 22 US 904, 1824.

THE COURT:  Mr. Zube, I've heard enough.  The -- your request of your attorney is not something that she can pursue. Your line of argument is, in fact, frivolous and will go nowhere.

Even if we were to relieve her of responsibility and you were to make the same demand on another attorney, they

```
 1  would have to give you the very same response, which is they
 2  can't advance that line of argument.
 3              THE DEFENDANT:  I do not understand what is
 4  frivolous, Your Honor.
 5              THE COURT:  Your line of argument is frivolous.  The
 6  Court has jurisdiction to pursue the indictment that has been
 7  brought against you by the Government, and you have a decision
 8  to make because at this juncture, I don't have a reason to
 9  relieve Ms. Ellis of responsibility because any attorney that
10  we would otherwise appoint would not be able to advance your
11  line of argument.  And, in fact, I would caution you, you're
12  interfering with their ability to do the best they can in
13  representing you by interfering by advancing a line of argument
14  that they have told you that they cannot pursue.
15              Do you think that I should relieve Ms. Ellis of
16  responsibility for representing you with the understanding that
17  I don't have a justification to appoint another attorney?
18              THE DEFENDANT:  I do not wish to be represented or to
19  represent ens legis at all.
20              THE COURT:  Well, I need to caution you that that is
21  not a good decision.  Do you understand the charges that have
22  been brought against you, and --
23              THE DEFENDANT:  No, I do not.
24              THE COURT:  -- understand the potential implications
25  for sentencing in the event that you were to be convicted?
```

```
 1            THE DEFENDANT:  I do not, and I do not understand the
 2   nature of it either.
 3            THE COURT:  Do you have any background with respect
 4   to federal criminal law or procedure?
 5            THE DEFENDANT:  I don't understand how I'm
 6   jurisdictionally obliged under statutory law.
 7            THE COURT:  If that is the case, then why would you
 8   want to represent yourself?
 9            THE DEFENDANT:  I don't wish to represent myself.  I
10   don't wish to be represented at all.  I'm completely fine with
11   an attorney representing the ens legis.  I do not believe I am
12   the ens legis.
13            THE COURT:  I don't even know what that term is, sir?
14            THE DEFENDANT:  A creature of the law.  A legal
15   fiction would be another way to say it, a fictional person.
16            THE COURT:  I have done the best I can to caution you
17   against proceeding without counsel.  I don't have any
18   justification for appointing a new attorney under circumstances
19   where their line of argument can't be advanced.  If you choose
20   to proceed without counsel, it's your decision, fully
21   understanding the potential consequences and the fact that I've
22   cautioned you against it.  Do you understand?
23            THE DEFENDANT:  I do not wish to represent myself.  I
24   do not understand the jurisdiction imposed by this Court.  That
25   is the basis for my paper, which you're saying is frivolous, so
```

```
 1  I don't understand how to get an answer or proof of how the
 2  Court has jurisdiction.  Once it's challenged, my understanding
 3  is it has to be proven; cannot be assumed.
 4          THE COURT:  We disagree, Mr. Zube.
 5          Ms. Pop, anything that you'd like to offer?
 6          MS. POP:  No, Your Honor.  We agree with the Court
 7  and with the defense counsel that his arguments are frivolous,
 8  that the Court has jurisdiction, that he has been lawfully
 9  indicted here and that he is facing quite a bit of time in
10  prison, that he does not have the knowledge, the education to
11  represent himself and that he should continue to be represented
12  by counsel.
13          THE COURT:  I see no way that Ms. Ellis can proceed,
14  given the demands that Mr. Zube has advanced.  I agree that she
15  should be relieved of responsibility for representing Mr. Zube,
16  and he will proceed without the benefit of counsel.  We've done
17  the best we can to caution him against the importance of using
18  counsel and listening to counsel.
19          Your motion is granted, Ms. Ellis, and the record's
20  closed.  Thank you.
21          MS. ELLIS:  Thank you, Your Honor.
22          THE DEFENDANT:  So how do I get some type of answer
23  to tell me what is frivolous in my motion?
24          THE COURT:  Ask your lawyer.  The one that you just
25  terminated, already gave you the response to that, Mr. Zube.
```

```
 1         THE DEFENDANT:  All she said was she believes it's
 2  frivolous, but she won't tell me what's frivolous in it.
 3         THE COURT:  She has.  She's explained it here.
 4         THE DEFENDANT:  That's the issue.  I've gotten no
 5  explanation.
 6         THE COURT:  The hearing is concluded.
 7         (At 4:17 p.m., court recessed.)
 8
 9
10
11
12
13
14                        *  *  *  *
15                    C E R T I F I C A T E
16    I certify that the foregoing is a correct transcript
      from the proceedings in the above-entitled matter.
17
18
19  _____
20    Date: 11-14-2022    Carol M. Harrison, RMR, FCRR
                          Official Court Reporter
21                        United States District Court
                          Eastern District of Michigan
22                        1000 Washington Avenue
                          Bay City, MI  48708
23
24
25
```