```
            IN THE UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA          ) Bay City, Michigan
                                  ) March  28, 2022
    vs.                           ) 8:38 a.m.
                                  )
JUSTIN WILLIAM ZUBE,              )
                                  ) Case No. 20-20491
    Defendant.                    )
_____ )


              TRANSCRIPT OF TRIAL - VOLUME 3
        BEFORE THE HONORABLE THOMAS L. LUDINGTON
              UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:    WILLIAM J. VAILLIENCOURT
                       ANN NEE
                       United States Attorney
                       Eastern District of Michigan
                       101 First Street
                       Suite 200
                       Bay City, MI 48708

For the Defendant:     JEFFREY J. RUPP
                       Brisbois, Brisbois & Rupp, PLLC
                       1107 Gratiot Avenue
                       Saginaw, MI  48602
                       (Appearing via Zoom)




Court Reporter:    Carol M. Harrison, RMR, FCRR
                   1000 Washington Avenue
                   Bay City, MI  48708


        Proceedings reported by stenotype reporter.
   Transcript produced by Computer-Aided Transcription.
```

```
 1                      P R O C E E D I N G S
 2            (At 8:38 a.m., proceedings commenced.)
 3            (Defendant present.)
 4            THE COURT:  Good morning.  And, counsel, if we could
 5   have your introductions, please.
 6            MR. VAILLIENCOURT:  Good morning, Your Honor.  May it
 7   please the Court, William Vailliencourt appearing on behalf of
 8   the United States.
 9            MS. NEE:  Ann Nee also appearing on behalf of the
10   United States.
11            THE COURT:  Good morning.  And appearing virtually
12   from home, the defense counsel.
13            MR. RUPP:  Good morning, Your Honor.  Jeffrey Rupp
14   appearing on behalf of Mr. Zube, who I assume is in the
15   courtroom.
16            THE COURT:  He is making his way to the courtroom.
17   He should be here shortly.
18            MR. RUPP:  Very well.
19            THE COURT:  How are you feeling today, Mr. Rupp?
20            MR. RUPP:  Again, I'm basically symptom free so I'm
21   doing well.
22            THE COURT:  Good.  The record should reflect the fact
23   that it's about 8:35 in the morning, Monday morning.  We had a
24   conference call yesterday after we were informed that Mr. Rupp
25   had tested positive for the virus.  We have had a discussion
```

1  concerning the identification of dates.  Once we are in the
2  courtroom, we will be consulting with the jury to identify a
3  date to complete the case that we are two days into at this
4  point.
5           We are waiting for Justin Zube, and once he reaches
6  the courtroom, we will entertain the jury and their calendar.
7           My further understanding is we have one juror that is
8  participating by phone.  Correct, Ms. Winslow?
9           THE CLERK:  Correct, Your Honor.  She is in Seat
10 No. 8.
11          THE COURT:  And in consultation yesterday we came to
12 the conclusion that we needed essentially one day in which to
13 complete the case, or at least to get it to the jury.
14 Government anticipated about three hours of proofs, and then we
15 had sort of estimated for someplace between an hour and an hour
16 and a half for closing arguments.
17          Am I in the ballpark, counsel?
18          MR. VAILLIENCOURT:  Yes.  Yes, Your Honor.
19          THE COURT:  Okay.
20          MR. RUPP:  Yes, Judge.
21          THE COURT:  Is that a guitar on the wall, Mr. Rupp?
22          MR. RUPP:  No, on the wall is an acoustic electric
23 ukulele.  The guitars are on the floor below it.
24          THE COURT:  Were you anticipating using the ukulele
25 this morning?

```
 1            MR. RUPP:  I'm not anticipating it, but I do like to
 2   be prepared.
 3            (Defendant present in courtroom.)
 4            THE COURT:  Good morning, Justin.
 5            THE DEFENDANT:  Good morning.
 6            THE COURT:  Mr. Zube, I don't know how much
 7   information that you've got.  Mr. Rupp obviously is appearing
 8   from his home.  He had tested positive, and we're in the
 9   process of trying to adapt to that.  We will be entertaining
10   the jury here to see if we can locate a date in which to
11   complete the case.
12            Any questions from your perspective either for
13   Mr. Rupp or for us?
14            THE DEFENDANT:  No.  I just wanted to let you guys
15   know that I've not been feeling so great either the last couple
16   days.
17            THE COURT:  Terrific.  Mr. Rupp has indicated that he
18   has not had symptoms, but he has tested positive.
19            THE DEFENDANT:  Yep.
20            THE COURT:  I think we are ready for the jury.
21            THE DEFENDANT:  I don't think I have it, but I had it
22   in November.
23            THE COURT:  In November?
24            THE DEFENDANT:  Yeah.
25            THE COURT:  Did you have symptoms?
```

```
 1              THE DEFENDANT:  Yeah.  I was really sick.  I've still
 2   had continuing breathing problems, but the last -- since Friday
 3   my stomach has been off the charts.
 4              THE COURT:  Sorry.
 5              THE CLERK:  Ms. Rebecca, are you still with us?
 6              JUROR NO. 8:  Yes, I am.
 7              THE CLERK:  Okay.  I have taken you off of mute, and
 8   we're just waiting for the other jurors to come in the
 9   courtroom.
10              Okay.  How are you doing, can you hear me okay?
11              JUROR NO. 8:  I can hear you fine.  Thank you.
12              THE CLERK:  Okay.  Thank you.  It'll be just another
13   minute.
14              (At 8:45 a.m., balance of jury arrives; Juror No. 8
15   present via phone.)
16              THE COURT:  Good morning.
17              THE JURY:  Good morning.
18              THE COURT:  Please be seated.  You will note that
19   Mr. Rupp is joining us on a video platform.  He is at home.  He
20   tested positive on Friday or Saturday and, as a result, needs
21   to isolate for a period of time.
22              We are also joined by Ms. Rebecca, one of your fellow
23   jurors, who is actually on the telephone right now and
24   participating in that manner and I believe is able to hear
25   everything that's occurring in the courtroom as well.
```

1     Mr. Drabczyk should have given you a little bit of
2 background hopefully.  What we are trying to do at this point
3 is to locate a day in which to complete the presentation of
4 evidence in the case.  Government counsel at this point
5 conferred.  They anticipate proofs less than three hours.  The
6 defendant will then make -- have an opportunity to present
7 proofs but they do not anticipate an extended period of time.
8 The long and the short of it is that we think that we are able
9 to get the case to you with one additional day of time
10 dedicated to the case.
11      We need to give Mr. Rupp enough time in which to
12 isolate and in order to return to the courtroom.  So what we're
13 doing at this point is looking for a day that we could have you
14 all back and finish the case.
15      We were tentatively looking at the 11th, which would
16 be the Monday before the Easter holiday.  Do you have -- let me
17 indicate to the jury, would anyone have difficulties with
18 Monday the 11th?
19      Wonderful, I see no hands.
20      How about Ms. Rebecca?
21      THE CLERK:  Juror in Seat No. 8, can you hear me?
22      JUROR NO. 8:  Yes, I can.
23      THE CLERK:  Do you have a complication for returning
24 to court on Monday, April 11th?
25      JUROR NO. 8:  No, I do not.

```
 1              THE COURT:  Good.  I'd like to tell you that we've
 2   never been in this position before.  We have actually, and the
 3   last challenge that we had was with a witness, so we are
 4   greatly appreciative of your willingness to come back on the
 5   11th, so that we can complete the investment that -- of time
 6   that we have in the case so far.
 7              I would, however, stress that there's a considerable
 8   period of time between now and the 11th.  I would ask that you
 9   not communicate with anyone about the substance of the case, do
10   any research concerning the case, the parties or anything else
11   that would in anyway impact your impartiality as jurors in the
12   case.
13              We appreciate your early trip to Bay City this
14   morning, and counsel have anything else that you think that we
15   should cover with the jury?
16              MR. VAILLIENCOURT:  No, Your Honor.
17              THE COURT:  Mr. Rupp?
18              MR. RUPP:  Judge, I just would like to apologize to
19   everyone for the inconvenience, but as you can imagine, this
20   certainly wasn't my intention.
21              THE COURT:  Certainly, and we appreciate that.  I
22   appreciate all the effort that everyone has invested in order
23   to accomplish this.
24              The record will reflect that we've covered everything
25   I think we need to.  If you could see the jury to the jury
```

```
 1  room, and we'll see you on April 11th.
 2              Please rise for the jury.
 3              (At 8:49 a.m., jury leaves.)
 4              JUROR NO. 8:  Hello?
 5              THE CLERK:  Ms. Rebecca, I will call you in a little
 6  bit, okay?
 7              JUROR NO. 8:  Okay.  Thank you.
 8              THE CLERK:  Thank you.
 9              (Juror No. 8 disconnected from phone.)
10              THE COURT:  We are outside the presence of the jury.
11  Counsel, anything additional before we conclude for the day?
12              MR. VAILLIENCOURT:  No, Your Honor.
13              MR. RUPP:  No, Your Honor.  Thank you.
14              THE COURT:  Thank you.  Record's closed.
15              Thank you, Mr. Zube.
16              (At 8:50 a.m., court recessed.)
17
18
19
20
21
22
23
24
25
```

```
                              * * * * *

                           C E R T I F I C A T E

        I certify that the foregoing is a correct transcript
        from the proceedings in the above-entitled matter.



                              _____
        Date: 11-14-2022      Carol M. Harrison, RMR, FCRR
                              Official Court Reporter
                              United States District Court
                              Eastern District of Michigan
                              1000 Washington Avenue
                              Bay City, MI  48708
```