UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Sep 21, 2023
DEBORAH S. HUNT, Clerk

No. 22-1706

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

JUSTIN WILLIAM ZUBE,

    Defendant-Appellant.

Before: BOGGS, BATCHELDER, and GIBBONS, Circuit Judges.

**JUDGMENT**

On Appeal from the United States District Court
for the Eastern District of Michigan at Bay City.

    THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

    IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Deborah S. Hunt, Clerk